IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL WILLIAM KOCH,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

3:16-CV-1166
(JUDGE MARIANI)

FILED
SCRANTON
JUN 16 2016
PER _____
DEPUTY CLERK

## ORDER

AND NOW, THIS 16TH DAY OF JUNE, 2016, IT IS HEREBY ORDERED THAT

Plaintiff's Motion for an "Emergency Restraining Order" (Doc. 1) is **DENIED**.

_____
Robert D. Mariani
United States District Judge